

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. David Roque Fonseca DEFENDANT(S). | 19 CR 55-FMO-12 |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _February 19_, _2019_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Eick_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _2/13/19_

U.S. District Judge/Magistrate Judge